UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DERRICK SCOTT JUSTICE ) | CASE NO.: 23-04641-JMC-13 |
| MONICA CLAIRE JUSTICE ) | |
| Debtor(s), ) | |
| ) | |

**DEBTORS OBJECTION TO TRUSTEE'S MOTION TO DISMISS**

Come now the Debtors, by counsel, and hereby file their Objection to Trustee's Motion to Dismiss for the above-captioned action, and, in support thereof, would show the Court the following:

1. The Chapter 13 Trustee filed a Motion to Dismiss case on January 8, 2024 for being delinquent in payments to the Trustee.

2. Debtors will be making arrangements with the Chapter 13 trustee to bring their plan payments current.

**WHEREFORE**, the Debtors respectfully request that the Court deny the Trustee's Motion to Dismiss case and grant them all other just and proper relief.

Date: January 29, 2023              Respectfully submitted,

/s/ Michael S. Cox
Michael S. Cox
John Steinkamp & Associates
Attorney for Debtor
5214 S. East Street, Suite D-1
Indianapolis, IN  46227
(317) 780-8300
(317) 217-1320 fax
ecf@johnsteinkampandassociates.com

## CERTIFICATE OF SERVICE

The undersigned Attorney hereby certifies that a copy of this Debtors Objection to Trustee's Motion to Dismiss was served on the following by U.S. Mail, first class postage paid and/or via ECF on January 29, 2024.

Ann M. DeLaney
ECFdelaney@trustee13.com, ecfdelaney@gmail.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

/s/ Michael S. Cox
Michael S. Cox
John Steinkamp & Associates
Attorney for Debtor
5214 S. East Street, Suite D-1
Indianapolis, IN  46227
(317) 780-8300
(317) 217-1320 fax
ecf@johnsteinkampandassociates.com